# United States District Court
## Southern District of Georgia

THOMAS WYNE JOLLEY,

    Plaintiff,

                                                   JUDGMENT IN A CIVIL CASE

                V.                           CASE NUMBER: CV314-043

DODGE COUNTY,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 29, 2014, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

September 29, 2014                                Scott L. Poff
_Date_                                                            _Clerk_

                                                                                _(By) Deputy Clerk_